LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
10100 Santa Monica Boulevard, Suite 800
Los Angeles, California 90067
Telephone: (310) 772-2211

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
TROY JONATHAN APELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TROY JONATHAN APELAND,<br><br>Defendant. | CR-S-04-112 GEB<br><br>**ASSOCIATION OF ATTORNEYS AND ORDER** |

Defendant, TROY JONATHAN APELAND, hereby agrees to the association of DAVID W. DRATMAN, with his attorney of record, JOSEPH SHEMARIA.

Dated: May 24, 2005                                  /s/ Troy Jonathan Apeland
                                                                TROY JONATHAN APELAND

I consent to the association.

Dated: May 24, 2005                                  /s/ Joseph Shemaria
                                                                JOSEPH SHEMARIA

I accept the association.

Dated: May 24, 2005                                  /s/ David W. Dratman
                                                                DAVID W. DRATMAN

1      <u>ORDER RE: ASSOCIATION OF ATTORNEYS</u>

2      IT IS SO ORDERED.

3  Dated: June 8, 2005

4
                                    <u>/s/ Garland E. Burrell, Jr.</u>
5                                   GARLAND E. BURRELL, JR.
                                    United States District Judge
6